446 A.2d 674

Guzman, Appellant v. Famco Machine Co.

582

Submitted June 1, 1981.
Anthony B. Quinn, for appellant; John J. Marquess, for appellee.

Before ROWLEY, McEWEN and MONTEMURO, JJ.

Order affirmed.